Argued March 27, affirmed March 27, petition for rehearing
denied April 19, petition for review denied June 19, 1973

STATE OF OREGON, *Respondent, v.* WILLIE
LEE MINNIEWEATHER (No. C 72-03-0800 Cr),
*Appellant.*

507 P2d 1156

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.